UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACEY BILLIOT | CIVIL ACTION |
| VERSUS | NO. 19-12849 |
| LOUISIANA PARDON AND PAROLE MEMBERS, ET AL. | SECTION "F"(4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 civil action filed by the plaintiff, Lacey Billiot, is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this 30th day of January, 2020.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**